**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Hartnett, et al.,

                                        Plaintiffs,

                    -against-

Liberty Insurance Corporation,

                                        Defendant.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/8/2026

24-cv-00050-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On January 2, 2026, the Court directed Plaintiffs to respond to Defendant's letter by January 7, 2026. (ECF No. 39). The Court has not yet received any such response. Plaintiffs are reminded to submit a response letter, which is now due **January 12, 2026**.

        **SO ORDERED.**

DATED:      White Plains, New York
               January 8, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

1