USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 3/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Hartnett, et al.,

Plaintiffs,

-against-

Liberty Insurance Corporation,

Defendant.
-----------------------------------------------------------------X

24-cv-00050-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 16, 2026, the Court directed Plaintiffs to respond to Defendant's letter by no later than March 16, 2026. (ECF No. 54). The Court has not yet received any such response. Plaintiffs are reminded to submit a response letter, which is now due **March 24, 2026**.

**SO ORDERED.**

DATED:    White Plains, New York
          March 20, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge