USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/2/2026 __

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Hartnett, et al.,

                              Plaintiffs,

               -against-

Liberty Insurance Corporation,
                             Defendant.
-----------------------------------------------------------------X

24-cv-00050-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On May 1, 2026, the Court directed the parties to submit a joint status letter by no later than June 1, 2026, confirming that fact discovery is complete. (ECF No. 60). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **June 5, 2026**.

     **SO ORDERED.**

DATED:    White Plains, New York
            June 3, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

1