USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**Hartnett,et al,**

Plaintiff(s),

***7:24-cv-50 KMK-VR***

-against-

**Liberty Mutal Holding Company, Inc. et al.,**

**ORDER**

Defendant(s).

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

**Plaintiff' Counsel filed a Proposed Order to Show Cause Without Emergency Relief along with Exhibits (ECF NO 75). Exhibit D (ECF 75-6) contains confidential information regarding the settlement of this matter.**

**The Clerk of the Court is directed to place Exhibit 75-6 under seal and viewable only to "selected parties."**

**SO ORDERED.**

DATED: White Plains, New York
10/22/26

VICTORIA REZNIK
United States Magistrate Judge